UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA,

       -against-

FLORENTINO NOEL SANTOS,

              Defendant.

--------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED:   8-26-2022

17-CR-388 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

Defendant Florentino Noel Santos, proceeding *pro se*, has filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).   (ECF No. 153.)

No later than September 23, 2022, the Government shall respond to Defendant's motion. Defendant's reply, if any, must be submitted by November 4, 2022.   If Defendant replies, Defendant shall include whether she has exhausted her administrative remedies.[1]

The Clerk of Court is respectfully directed to mail a copy of this Order, along with a copy of Defendant's unredacted motion and attachments, to Defendant.

SO ORDERED.

Dated: New York, New York
      August 26, 2022

                                */s/ Kimba M. Wood*
                                KIMBA M. WOOD
                      United States District Judge

---

[1]  A defendant may move under Section 3582(c)(1)(A) only after the defendant has "fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." 18 U.S.C. § 3582(c)(1)(A).