AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)       USDC SDNY
                                                                                                           Page 1 of 2 (Page 2 Not for Public Disclosure)
                                                                                                           ~~DOCUMENT~~
                                                                                                           DOCUMENT
                                                                                                           ELECTRONICALLY FILED
                                                                                                           DOC #: _____
                                                                                                           DATE FILED: 02/28/24

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| FLORENTINO NOEL SANTOS | ) Case No: 17-CR-388 |
| | ) USM No: 79129-054 |
| Date of Original Judgment: 09/18/2018 | ) |
| Date of Previous Amended Judgment: _____ | ) |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: 02/28/2024

_____
Judge's signature

KIMBA M. WOOD, U.S.D.J.
*Printed name and title*

Effective Date: _____
*(if different from order date)*